IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

JAMARV DUPREE JACKSON,

Plaintiff,

vs.

MARK KOVACICH; KOVACICH SNIPES JOHNSON PLLC; MICHAEL MCKEON; MCKEON LAW PLLC; LESLIE DAPLAZ a/k/a LESLAE DALPIAZ; DALPIAZ & ASSOCIATES; DEAN BLACKABY; MONTANA WORK COMP SOLUTIONS; JOEL THOMPSON; JONATHAN FAGERLUND; SLOAN EVANS; HEATHER BURNS; LINDA NELSON; MICHELLE CAREY; FAIRCLAIM LAWFIRM; MEGAN MILLER; MORGAN MYOSHI; and KIM SCHULKE,

Defendants.

CV 26-41-BLG-TJC

**ORDER GRANTING MOTION TO SEAL**

Defendants Montana Work Comp Solutions and Dean Blackaby have filed a motion to retroactively seal exhibits attached to their motion to dismiss. (Doc. 75.)

/ / /

/ / /

/ / /

/ / /

Good cause appearing, IT IS ORDERED that Defendants' motion is GRANTED. The Clerk of Court is directed to seal the filings at Docs. 65-2, 65-3, and 65-4.

DATED this 5th day of November, 2026.

TIMOTHY J. CAVAN
United States Magistrate Judge